UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

RUBIN AUTOMOBILE
BOULEVARD LIMITED,    CASE NO. 8:10-bk-24184-MGW
                     Chapter 11
    Debtor.
_____/

## DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL

RUBIN AUTOMOBILE BOULEVARD LIMITED, by its undersigned counsel, hereby moves for authority to use cash collateral, and states:

1. On October 6, 2010, the Debtor filed a voluntary chapter 11 petition with this Court. The Debtor continues to operate as debtor-in-possession.

2. Prior to the bankruptcy filing, the Debtor entered into a lending arrangement with CIBC, Inc. ("CIBC"). In connection with such arrangement, the Debtor granted a mortgage on its real property and assigned its leases and rents as collateral. Accordingly, going-forward rents constitute the "cash collateral" CIBC. The Debtor was substantially current at the time of the petition.

3. The Debtor needs use of the rents to pay the normal operating expenses for the property. A monthly cash flow budget is attached hereto as **Exhibit A.** The monthly cash flow budget includes a line item for a management fee payable to the affiliated management company - RRE Realty Services. The

monthly management fee is a standard five per cent (5%) of revenue collected (approximately $3,100 per month).

4. In the connection with the lending arrangement with CIBC, various "reserve" accounts were established for tenant improvements and other items. There is approximately $420,000 currently held in these "reserve" accounts for tenant improvements, commissions and capital improvements. There are additional "reserves" for real estate taxes and insurance in the approximate amount of $97,000. Such funds are property of the estate subject to the lien of CIBC. The Debtor believes that the amounts in these accounts are more than sufficient to cover any potential related expenses.

5. The interests of CIBC are adequately protected by the value of the real estate, the cash in the "reserve" accounts, and the going-forward rent revenues. To the extent necessary, the Debtor consents to a replacement lien on all post-petition rents to the same extent, validity and priority as CIBC's pre-petition liens.

6. The Debtor does not believe that adequate protection in the form of monthly payments is necessary or appropriate at this time. All post-petition revenues will be placed into a DIP account under the supervision of the Court. If necessary, a monthly interest payment could be taken from the above-referenced "reserve" accounts. Monthly interest at the contract rate is approximately $25,000.

7. The Debtor intends to promptly file a plan and disclosure statement and hopes to emerge from Chapter 11 as soon as possible.

Wherefore, the Debtor moves for authority to use cash collateral as set forth above, and for such further relief as the Court deems appropriate.

/s/ Michael C. Markham
Michael C. Markham
FBN: 0768560
Johnson, Pope, Bokor,
Ruppel & Burns, LLP
P.O. Box 1368
Clearwater, FL 33757
(727) 461-1818
(727) 443-6548 fax
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served electronically on all registered CM/ECF users and by regular US Mail to CIBC, Inc., Real Estate Financing Dept., 200 Liberty St., New York, NY 10281; Jeffrey D. Butt, Esq., Squire Sanders, One Tampa City Center, 201 N. Franklin St., Suite 2100, Tampa, FL 33602; CIBC, Inc., Attn: Corporation Service Company, Registered Agent, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Wells Fargo Bank, N.A., as trustee of JP Morgan Chase Commercial Mortgage Securities Corp., Mortgage Pass-Through Certificates, Series 2001-CIBC2, Attn: Corporation Service

Company, 1201 Hays St., Tallahassee, FL 32301; this 8th day of October, 2010.

                                              /s/ Michael C. Markham
                                              Michael C. Markham

540438

## RUBIN AUTOMOBILE BLVD LIMITED
### Monthly Cash Flow

| | |
|---|---:|
| **REVENUE** | |
| Rental Income | 55,989 |
| Operating Expense Recoveries | 6,707 |
| Miscellaneous Income | 50 |
| TOTAL REVENUE | 62,746 |
| | |
| **RECOVERABLE OPERATING EXPENSES** | |
| Management Fees | 3,135 |
| Real Estate Taxes | 7,676 |
| Insurance | 4,399 |
| Utilities: | |
| Water & Sewer | 667 |
| Electricity | 350 |
| Trash Removal/Dumpster | 100 |
| Grounds Maintenance: | |
| Landscape Maintenance | 2,060 |
| Lift Station Expense | 63 |
| Exterior Pest Control | 249 |
| Irrigation Repairs & Maintenance | 100 |
| Pond Maintenance | 72 |
| Parking Lot/Sidewalk Mtce | 20 |
| Parking Lot Sweeping | 121 |
| Building Repairs & Maintenance | |
| Fire Protection Expense | 550 |
| Interior Pest/Termite Control | 157 |
| Window Washing | 68 |
| General Repairs & Supplies | 200 |
| Plumbing Repairs & Supplies | 150 |
| Electrical Repairs & Mtce | 180 |
| Bulbs & Ballasts | 100 |
| Roof Repairs | 100 |
| HVAC Repairs & Mtce | 100 |
| Service Labor | 1,400 |
| TOTAL RECOVERABLE OPERATING EXPENSES | 22,015 |
| | |
| **NON-RECOVERABLE OPERATING EXPENSE** | |
| Advertising & Marketing | - |
| Vacant Prep/New Tenant | 100 |
| Vacant Electric | 200 |
| Non-Recoverable Service Labor | 250 |
| Legal Fees | 400 |
| Accounting / Audit | 200 |
| General & Admin Expense | 15 |
| Project Management Fees | 100 |
| Other Non-Recoverable Expense | - |
| TOTAL NON-RECOVERABLE EXPENSE | 1,265 |
| | |
| NET OPERATING INCOME | 39,466 |
| | |
| Leasing Costs | 1,500 |
| HVAC Replacements | 1,500 |
| | |
| MONTHLY CASH FLOW BEFORE DEBT SERVICE | 36,466 |

**RUBIN AUTOMOBILE BLVD LIMITED**
Monthly Projected Revenue

| | | Rent | OpEx Recoveries |
|---|---|---:|---:|
| *BLDG 1* | | | |
| A-B | NEW CONCEPT LAUNDRIES | 1,000 | |
| C-D | PUBLISHERS CIRC/ MEDIA GENERAL | 2,336 | |
| E-F | VACANT | - | |
| G-J | OCTAGON GRAPHICS | 8,592 | |
| K | OCTAGON GRAPHICS | 100 | |
| L-M | PROTECT FINISHING | 2,669 | |
| | | 14,697 | - |
| *BLDG 2* | | | |
| A,G | VACANT | - | |
| B-C | SIL-O-ETTE INTERNATIONAL | - | |
| DE,IJ | A & H MOVING SERVICES | 4,262 | |
| F | PALMSCAPES | 1,500 | |
| H | SHERWIN-WILLIAMS | 2,185 | |
| K | VACANT | - | |
| | | 7,947 | - |
| *BLDG 3* | | | |
| AB | DISCOUNT MEDICAL | 1,687 | |
| C-F,M-P | COASTLINE DISTRIBUTION | 5,340 | |
| G-I | AMERI-FOAM INCORPORATED | - | |
| JK | WALTER EQUIPMENT, INC. | 3,043 | |
| L | VACANT | - | |
| | | 10,070 | - |
| *BLDG 4* | | | |
| | PRESSEX | 4,490 | 1,677 |
| | JUSTICE INVESTMENTS | 2,610 | 2,063 |
| | | 7,100 | 3,740 |
| *BLDG 5* | | | |
| | DOWLING GRAPHICS | 5,444 | 2,967 |
| | | 5,444 | 2,967 |
| *BLDG 7* | | | |
| AB,G-I | DESIGNERS PLASTIC | 4,356 | |
| CMN | YE MYSTIC KREWE OF NEPTUNE | 1,125 | |
| DEJKOP | QA WORLDWIDE | 5,250 | |
| FL | PROFESSIONAL GROUNDS MGMT | - | |
| | | 10,731 | - |
| | | 55,989 | 6,707 |